UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE AVALOS,<br><br>           Plaintiff,<br><br>      v.<br><br>AUTOZONE #5335, et al.,<br><br>           Defendants. | Case No.: 1:21-cv-00626 NONE JLT<br><br>ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE AND TO CLOSE THIS CASE<br><br>(Doc. 27) |

The plaintiff has filed a voluntary dismissal without prejudice under Federal Rules of Civil Procedure Rule 41(a)(1(A)(1).  (Doc. 127 Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:   **August 27, 2021**              **_ /s/ Jennifer L. Thurston**
                                      CHIEF UNITED STATES MAGISTRATE JUDGE